Avi Burkwitz, Esq., Bar No.: 217225
Gayane Muradyan, Esq., Bar No.: 337436
**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RUBIO<br><br>                     Plaintiff,<br><br>     vs.<br><br>COUNTY OF LOS ANGELES, a municipal entity; and DOES 1-10, inclusive.<br><br>                     Defendants. | Case No.:  2:24-cv-04978 AB (PVCx)<br>Assigned to the Honorable: André Birotte Jr.<br>[Courtroom: 7B]<br><br>**DECLARATION OF GAYANE MURADYAN, ESQ IN SUPPORT OF DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>*[Concurrently filed with [Proposed] Order; and Defendant's Notice of Motion and Motion to Dismiss Plaintiff's Third Amended Complaint]*<br><br>Date:  January 10, 2025<br>Time: 10:00 AM<br>Courtroom: 7B<br><br>Complaint Filed:   June 8, 2023<br>FAC Filed:         November 3, 2023<br>SAC Filed:        May 22, 2024<br>TAC Filed:        October 24, 2024 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

*///*

1

**DECLARATION OF GAYANE MURADYAN, ESQ IN SUPPORT OF DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

p-Decl. of GM_3

Avi Burkwitz, Esq., Bar No.: 217225
Gayane Muradyan, Esq., Bar No.: 337436
PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

## DECLARATION OF GAYANE MURADYAN, ESQ.

I, Gayane Muradyan, Esq., declare and state as follows:

1.      I am an attorney at law duly licensed to practice in all the Courts of the State of California and am an associate employed by the law firm of Peterson Bradford Burkwitz Gregorio Burkwitz & Su. LLP, attorneys for Defendant, County of Los Angeles ("Defendant"), in this lawsuit brought by Plaintiff, DONALD RUBIO ("Plaintiff").

2.      I have personal firsthand knowledge of the facts set forth herein and if called as a witness I could and would testify competently to the truth of the facts set forth in this declaration.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed November 7, 2024, in Los Angeles, California.

/s/ Gayane Muradyan

Gayane Muradyan, Esq.
Declarant

PETERSON BRADFORD BURKWITZ GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

2

**DECLARATION OF GAYANE MURADYAN, ESQ IN SUPPORT OF DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

p-Decl. of GM_3

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On November 7, 2024, I served the foregoing document described as: **DECLARATION OF GAYANE MURADYAN, ESQ IN SUPPORT OF DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED MAILING LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:**  I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:**  I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 7, 2024, at Burbank, California.

*/s/ Lexi Pettway*

Lexi Pettway

3

**DECLARATION OF GAYANE MURADYAN, ESQ IN SUPPORT OF DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

p-Decl. of GM_3

## SERVICE LIST

**RE:**  **Rubio, Donald v. County of Los Angeles**

   **Case No.:**   2:24-cv-04978 AB (PVCx)


Vincent Miller, Esq.
Nick Sage, Esq.
The Law Offices of Vincent Miller
16255 Ventura Boulevard Ste 625
Encino, CA 91436
E: vincent@vincentmillerlaw.com
T: 213-948-5702
F: 818-450-0698

**Attorneys for Plaintiff,
Donald Rubio**

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

4

**DECLARATION OF GAYANE MURADYAN, ESQ IN SUPPORT OF DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

p-Decl. of GM_3