Avi Burkwitz, Esq., Bar No.: 217225
Gayane Muradyan, Esq., Bar No.: 337436
**PETERSON BRADFORD BURKWITZ**
**GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810

Attorneys for Defendant, COUNTY OF LOS ANGELES

**Exempt from filing Fees**
**Government Code Section 6103**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RUBIO<br><br>    Plaintiff,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES, a municipal entity; and DOES 1-10, inclusive.<br><br>    Defendants. | Case No.:  2:24-cv-04978 AB (PVCx)<br>Assigned to the Honorable: André Birotte Jr.<br>[Courtroom: 7B]<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S THIRD AMENDED COMPLAINT AGAINST DEFENDANT, COUNTY OF LOS ANGELES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6)**<br><br>*[Filed concurrently with Defendant, County of Los Angeles' Notice of Motion and Motion to Dismiss Plaintiff's Third Amended Complaint Pursuant to Rule 12(B)(6); and Declaration of Gayane Muradyan, Esq.]*<br><br>Date: January 10, 2025<br>Time: 10:00 AM<br>Courtroom: 7B<br><br>Complaint Filed:   June 8, 2023<br>FAC Filed:      November 3, 2023<br>SAC Filed:    May 22, 2024<br>TAC Filed:    October 24, 2024 |

///

1

**[PROPOSED] ORDER DISMISSING PLAINTIFF'S THIRD AMENDED COMPLAINT AGAINST DEFENDANT, COUNTY OF LOS ANGELES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6)**

Defendant, COUNTY OF LOS ANGELES' Motion to Dismiss Plaintiff, DONALD RUBIO's Third Amended Complaint came on for hearing on January 10, 2025, before the Honorable André Birotte Jr.  The Court, having read and considered the papers submitted both in support of and in opposition to the Motion, based upon the papers and pleadings on file in this matter, as well as the oral arguments.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant, County of Los Angeles' Motion to Dismiss Plaintiff, Donald Rubio's Third Amended Complaint is hereby GRANTED.  Plaintiff's First, Second, Third, and Fourth claims for relief in the Complaint are hereby dismissed, with prejudice.

DATED: _____          _____

                                                            HON. ANDRE BIROTTE JR.

                                                            United States District Court Judge

**[PROPOSED] ORDER DISMISSING PLAINTIFF'S THIRD AMENDED COMPLAINT AGAINST DEFENDANT, COUNTY OF LOS ANGELES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6)**

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On November 7, 2024, I served the foregoing document described as:
**[PROPOSED] ORDER DISMISSING PLAINTIFF'S THIRD AMENDED COMPLAINT AGAINST DEFENDANT, COUNTY OF LOS ANGELES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6)**
on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:**  I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:**  I delivered such envelope by hand to the addressee.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 7, 2024, at Burbank, California.

*/s/ Lexi Pettway*

Lexi Pettway

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

3

**DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)**

p- PO re MTD TAC_3

## SERVICE LIST

**RE:** **Rubio, Donald v. County of Los Angeles**

      **Case No.:**    2:24-cv-04978 AB (PVCx)

Vincent Miller, Esq.
Nick Sage, Esq.
The Law Offices of Vincent Miller
16255 Ventura Boulevard Ste 625
Encino, CA 91436
E: vincent@vincentmillerlaw.com
T: 213-948-5702
F: 818-450-0698

**Attorneys for Plaintiff,
Donald Rubio**

PETERSON BRADFORD BURKWITZ
GREGORIO BURKWITZ & SU, LLP
100 North First Street, Suite 300
Burbank, California 91502
Telephone 818.562.5800

4

**DEFENDANT, COUNTY OF LOS ANGELES' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT PURSUANT TO F.R.C.P. RULE 12(B)(6)**

p- PO re MTD TAC_3