Vincent Miller (SBN 291973)
vincent@vincentmillerlaw.com
James Jirn (SBN 241189)
james@vincentmillerlaw.com
Nick Sage (SBN 298972)
nick@vincentmillerlaw.com
Vincent Wang (SBN 350777)
Vincent.wang@vincentmillerlaw.com
THE LAW OFFICES OF VINCENT MILLER
16255 Ventura Boulevard, Suite 625
Encino, CA 91436
Tel.: (213) 948-5702 | Fax: (818) 450-0698

Attorneys for Plaintiff
DONALD RUBIO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DONALD RUBIO, | Case No.: 2:24-cv-04978-AB-PVC |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION FOR ORDER TO CONTINUE TRIAL AND RELATED DEADLINES** |
| v. | |
| COUNTY OF LOS ANGELES, a municipal entity, and DOES 1-10, inclusive, | [Assigned to Hon. Andre Birotte Jr., Courtroom 7B] |
| Defendants. | Trial Date: December 7, 2026 |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff DONALD RUBIO ("Plaintiff") hereby applies *ex parte* for an order continuing the trial date and all related pretrial deadlines in this action. Trial is currently set for December 7, 2026, and the non-expert discovery cut-off is July 17, 2026. (ECF No. 30.) Plaintiff respectfully requests a 90–120-day continuance of trial and all related dates to permit the parties to complete necessary depositions and prepare this matter for trial on a fair schedule.

PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE TRIAL AND RELATED DEADLINES

Neither party has previously requested a continuance of trial.

Good cause exists for the requested continuance. Plaintiff has been diligently attempting to schedule and complete necessary depositions, including the depositions of key witnesses Timothy Murakami and Laura Lecrivain. However, the parties have been unable to complete those depositions within the current schedule due to witness availability, existing deposition obligations in other cases, and trial conflicts.

For example, on June 8, 2026, defense counsel offered June 19, 2026, for Mr. Murakami's deposition. That date conflicted with a previously scheduled deposition in another matter. Defense counsel then offered July 16 or July 17, 2026, which conflicts with trial in the matter of Gonzalez v. County of Los Angeles, Case No. 22STCV03098 (Los Angeles County Superior Court). On June 12, 2026, defense counsel again offered July 17, 2026, for Mr. Murakami's deposition.

Defense counsel also offered August 4 or August 11, 2026, for Ms. Lecrivain's deposition. Plaintiff advised defense counsel that those dates are after the current discovery cut-off. Defense counsel responded that Ms. Lecrivain was not available before then and suggested that Plaintiff obtain a court order allowing the deposition to proceed on one of the offered dates or enter into a stipulation.

Given the difficulty scheduling these necessary depositions, Plaintiff asked Defendant whether it would be open to a short continuance of trial and related deadlines. Defendant refused.

Plaintiff does not seek this continuance for delay. Plaintiff seeks a reasonable continuance so that critical depositions can be completed and so the parties can complete pretrial preparation without prejudice. The requested relief is necessary because the outstanding depositions involve witnesses with discoverable information relevant to Plaintiff's claims and Defendant's defenses.

Pursuant to Local Rule 7-19, counsel for Defendant County of Los Angeles are Gayane Muradyan and Avi Burkwitz, Peterson Bradford Burkwitz Gregorio

2

Burkwitz & Su, LLP, 100 North First Street, Suite 300, Burbank, California 91502, telephone: (818) 562-5800, emails: gmuradyan@pbbgbs.com and aburkwitz@pbbgbs.com.

Plaintiff therefore respectfully requests that the Court continue the trial date and all related pretrial deadlines 90-120 days.

Dated: June 16, 2026

THE LAW OFFICES OF VINCENT MILLER

/s/ *Vincent Wang*

Vincent Miller
James J. Jirn
Vincent Wang
Attorneys for Plaintiff DONALD RUBIO

3

PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE TRIAL AND RELATED DEADLINES