Vincent Miller (SBN 291973)
vincent@vincentmillerlaw.com
James Jirn (SBN 241189)
james@vincentmillerlaw.com
Nick Sage (SBN 298972)
nick@vincentmillerlaw.com
Vincent Wang (SBN 350777)
Vincent.wang@vincentmillerlaw.com
THE LAW OFFICES OF VINCENT MILLER
16255 Ventura Boulevard, Suite 625
Encino, CA 91436
Tel.: (213) 948-5702 | Fax: (818) 450-0698

Attorneys for Plaintiff
DONALD RUBIO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RUBIO,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:24-cv-04978-AB-PVC<br><br>**DECLARATION OF JAMES JIRN IN SUPPORT OF EX PARTE APPLICATION FOR ORDER TO CONTINUE TRIAL AND RELATED DEADLINES**<br><br>[Assigned to Hon. Andre Birotte Jr, Courtroom "7B"]<br><br>Trial Date: December 7, 2026 |

**DECLARATION OF JAMES JIRN**

I, JAMES JIRN, declare as follows:

1.    I am an attorney of record for Plaintiff Donald Rubio in this action. I am licensed to practice before this Court. I have personal knowledge of the following facts and, if called as a witness, could and would competently testify to their truth.

2.      Trial is currently set for December 7, 2026, and the non-expert discovery cut-off is July 17, 2026. (ECF No. 30.)

3.      Neither party has previously requested a continuance of trial.

4.      Plaintiff has been attempting to schedule and complete necessary depositions, including the depositions of Timothy Murakami and Laura Lecrivain.

5.      On June 8, 2026, defense counsel offered June 19, 2026 for Mr. Murakami's deposition. That date conflicted with a previously scheduled deposition in another matter.

6.      Defense counsel later offered July 16 or July 17, 2026 for Mr. Murakami's deposition. Those dates conflict with trial in the matter of Gonzalez v. County of Los Angeles, Case No. 22STCV03098 (Los Angeles County Superior Court).

7.      On June 12, 2026, defense counsel again offered July 17, 2026, for Mr. Murakami's deposition.

8.      Defense counsel also offered August 4 or August 11, 2026, for Ms. Lecrivain's deposition. Those dates are after the current discovery cut-off.

9.      I advised defense counsel that the offered dates for Ms. Lecrivain were past the discovery cut-off.

10.     Defense counsel responded that Ms. Lecrivain was not available before then and suggested that Plaintiff obtain a court order allowing the deposition to proceed on one of the offered dates or enter into some form of stipulation.

11.     Given the difficulty scheduling these depositions, I asked defense counsel whether Defendant would be open to a short continuance of trial and related deadlines.

12.     Defense counsel responded: "No."

13.     Plaintiff needs additional time to complete these necessary depositions and related pretrial preparation.

14.     Plaintiff therefore respectfully requests that the Court continue the trial

2

DECLARATION OF JAMES JIRN IN SUPPORT OF EX PARTE APPLICATION
FOR ORDER TO CONTINUE TRIAL AND RELATED DEADLINES

date and all related deadlines by approximately 90 to 120 days.

15.    Pursuant to Local Rule 7-19.1, on June 16, 2026, Plaintiff served defense counsel by email with Plaintiff's ex parte application, supporting declaration, and proposed order, and advised defense counsel of the date and substance of the ex parte application, namely Plaintiff's request for a continuance of the trial date and related deadlines by approximately 90 to 120 days. Based on the parties' prior meet and confer, Defendant has indicated that it opposes the requested continuance. As of the filing of this application, Defendant has not advised that its position has changed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 16, 2026                    THE LAW OFFICES OF VINCENT MILLER


/s/ *James Jirn*
Vincent Miller
James J. Jirn
Vincent Wang
Attorneys for Plaintiff DONALD RUBIO

DECLARATION OF JAMES JIRN IN SUPPORT OF EX PARTE APPLICATION
FOR ORDER TO CONTINUE TRIAL AND RELATED DEADLINES