UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RUBIO,<br><br>              Plaintiff,<br><br>      v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.: 2:24-cv-04978-AB-PVC<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER TO CONTINUE TRIAL AND RELATED DEADLINES**<br><br>[Assigned to Hon. Andre Birotte Jr, Courtroom "7B"]<br><br>Trial Date: December 7, 2026 |

**ORDER**

Having considered Plaintiff Donald Rubio's Ex Parte Application for Order to Continue Trial and Related Deadlines, the supporting declaration, and all papers and arguments submitted in connection with the application, and finding good cause shown, IT IS HEREBY ORDERED that Plaintiff's Ex Parte Application is GRANTED.

The trial date currently set for December 7, 2026, is continued to _____
_____.

All related discovery, motion, pretrial, and trial deadlines are continued accordingly based on the new trial date as follows:

| DEADLINES | Current Date | New Date |
| --- | --- | --- |
| Non-expert Discovery Cut-off | 7/17/2026 | |
| Expert Disclosure (Initial) | 8/3/2026 | |
| Expert Disclosure (Rebuttal) | 8/17/2026 | |
| Expert Discovery Cut-off | 8/21/2026 | |
| Last Day to *Hear* Motions | 8/21/2026 | |
| Deadline to Complete Settlement Conference | 9/29/2026 | |
| Trial Filings (first round) | 10/6/2026 | |
| Trial Filings (second round) | 10/23/2026 | |

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. Andre Birotte Jr.
United States District Judge

2